No. 93–1360. FUENTES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–1368. NORTHROP CORP. v. UNITED STATES EX REL. BARAJAS. C. A. 9th Cir. Certiorari denied.

No. 93–1369. TARKANIAN ET AL. v. NATIONAL COLLEGIATE ATHLETIC ASSN. C. A. 9th Cir. Certiorari denied.

No. 93–1370. WU v. BOARD OF TRUSTEES, UNIVERSITY OF ALABAMA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–1375. GOLDSTEIN v. UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 93–1386. RICHARDSON v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–1409. NATIONALIST MOVEMENT v. FORSYTH COUNTY, GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 93–1413. CONSTANT v. WILSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1425. RHINEHART ET AL. v. SEATTLE TIMES ET AL. Ct. App. Wash. Certiorari denied.

No. 93–1426. DEREWAL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–1427. DIFRANCO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–1439. HOSKINS, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE PHILADELPHIA STREETS DEPARTMENT v. KINNEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–1442. BRADFORD v. BRADFORD. Ct. Civ. App. Ala. Certiorari denied.